PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:        Pamela.cogan@rmkb.com
stacy.tucker@rmkb.com
Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON and FARMERS GROUP INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA KING,<br><br>   Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND FARMERS GROUP INC.,<br><br>   Defendants. | Case No. 2:15-cv-01806-JFW-VBK<br><br>**ORDER RE STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE, Plaintiff TINA KING'S Complaint in this action is hereby dismissed with prejudice.  Each party shall bear its own costs and fees in this action.

Dated: September_28, 2015       _____
                                 Hon. John F. Walter